UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6224

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL IN CIRCUIT COURT

TO:  Clerk of the Court
      299 E. Broward Boulevard
      Ft. Lauderdale, Florida 33301

    PLEASE TAKE NOTICE that Defendant, THE WHITING-TURNER CONTRACTING CO., has this date filed in the Clerk's Office for the Seventeenth Judicial Circuit Court in and for Broward County, Florida, a copy of the Notice of Removal filed in this Court. A copy of the Notice of Filing in the Seventeenth Judicial Circuit Court for Broward County is attached hereto.

                                      SHUTTS & BOWEN
                                      Attorneys for Defendant
                                      201 S. Biscayne Boulevard
                                      1500 Miami Center
                                      Miami, Florida 33131
                                      (305) 358-6300
                                      (305) 347-7386 (Facsimile)

                              By: _____
                                   Sheila M. Cesarano
                                   Florida Bar No. 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14 day of February, 2000 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
OF COUNSEL

MIADOCS 319179.1 KLL

```
                                    IN THE COUNTY COURT OF THE
                                    17TH JUDICIAL CIRCUIT IN AND
                                    FOR BROWARD COUNTY, FLORIDA

                                    CASE NO.: 00-001272-CACE-07
```

JAMES BUSH,

      Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

      Defendant.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Clerk of the Court
      Broward County Courthouse
      201 S.E. 6th Street
      Ft. Lauderdale, Florida 33301

    PLEASE TAKE NOTICE that Defendant, THE WHITING-TURNER CONTRACTING CO., has filed this date its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Florida.

```
                              SHUTTS & BOWEN LLP
                              Attorneys for Defendant
                              201 S. Biscayne Boulevard
                              1500 Miami Center
                              Miami, Florida  33131
                              (305) 358-6300
                              (305) 347-7386 Facsimile

                              By_____
                                 Sheila M. Cesarano
                                 Florida Bar No. 708364
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 14 day of February, 2000 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
OF COUNSEL

MIADOCS 319174.1 KLL