UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

00 FEB 15 PM 1:03

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

JAMES BUSH,

        Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.

_____/

CASE NO.:

**00-6224**

**CIV-DIMITROULEAS**

MAGISTRATE JUDGE
JOHNSON

## NON-MILITARY AFFIDAVIT

STATE OF FLORIDA    )
                    ) SS:
COUNTY OF DADE     )

    BEFORE ME, the undersigned authority, did personally appear Sheila M.

Cesarano, who, being first duly sworn, deposes and says as follows:

    1.    That she is counsel for Defendant THE WHITING-TURNER

CONTRACTING CO. ("Whiting-Turner"), is fully familiar with the above-styled cause

of action and makes this Affidavit on the basis of information provided by Whiting-

Turner.



2.    That based on my personal knowledge, and my prior disposition of Plaintiff, no individual party in this case is presently on active duty with the military services of the United States, nor has any individual party served in that capacity since the institution of this action.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHEILA M. CESARANO

SWORN TO AND SUBSCRIBED before me this _____ 14 _____ day of February, 2000.

_____
NOTARY PUBLIC, State of Florida
At Large
My Commission Expires:

___ Personally known, or
___ Produced I.D. _____

OFFICIAL NOTARY SEAL
KAREN LEA LARSH
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC719399
MY COMMISSION EXP. MAR. 17,2002

MIADOCS 319196.1 KLL

-2-