UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS

JAMES BUSH,

    Magistrate Judge Johnson

    Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING, CO.,

    Defendant.
_____/



**ORDER REQUIRING COUNSEL TO MEET
& FILE JOINT SCHEDULING REPORT
ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

THIS CAUSE came before this Court upon removal of the case, and Defendant's Unopposed Motion for Enlargement of Time, filed in the Circuit Court around February 10, 2000. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion for Enlargement of Time to Respond to the Complaint is hereby **GRANTED.** Defendant's response shall be filed and served by March 10, 2000;

2. Pursuant to 28 U.S.C. § 1447(c), counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction within 30 days after the filing of the notice of removal under 28 U.S.C. § 1446 (a);

3. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure;

4. All filings by the parties in this case shall be filed with the Clerk's Office in Fort Lauderdale, Florida;

5. Counsel for the parties shall hold a **scheduling conference** by March 20, 2000. See Local Rule 16.1(B);



6. By March 30, 2000, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped envelopes addressed to all counsel of record;

7. Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Sheila Cesarano, Esq.
Shutts & Bowen
1500 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131

David H. Pollack, Esq.
Suite 1020, The Ingraham Building
25 SE 2nd Avenue
Miami, FL 33131