UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES BUSH,　　　　　　　　　　　　CASE NO. 00-6224-CIV-DIMITROULEAS

　　Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

　　Defendant
_____ /



## NOTICE OF UNAVAILABILITY

ALL PARTIES to this action will please take notice that undersigned counsel will be out of town and unavailable for appearances in the above-captioned matter from March 2, 2000 through March 13, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17th _____ day of February, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

　　　　　　　　　　　　　　　　DAVID H. POLLACK, ESQ.
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　The Ingraham Building
　　　　　　　　　　　　　　　　25 S.E. 2nd Avenue　Suite 1020
　　　　　　　　　　　　　　　　Miami, FL　33131

　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　DAVID H. POLLACK
　　　　　　　　　　　　　　　　　　Fla. Bar No. 095584

