UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

CASE NO.: 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, The Whiting-Turner Contracting Co. ("Whiting-Turner"), by and through its undersigned counsel, hereby respectfully moves this Court to enter an Order to enlarge the period of time to March 31, 2000 within which it may serve its response to Plaintiff's First Set of Interrogatories and First Request for Production. As good cause therefor, Whiting-Turner states:

    1.    Whiting-Turner's response to Plaintiff's discovery is due on March 10, 2000.

    2.    Undersigned counsel has recently been retained to represent Whiting-Turner and has been unable to fully review the facts of this case and inspect the documents necessary to prepare a response to Plaintiff's discovery.



SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

3. Due to the press of other litigation, Whiting-Turner requests that the Court grant an extension of time until March 31, 2000 within which it may serve its response to Plaintiff's discovery requests.

4. The requested enlargement of time is necessary and will cause no prejudice to any of the parties.

5. The Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

6. Undersigned counsel certifies that she has contacted Plaintiff counsel, and he has agreed to the extension of time, but only until March 21, 2000. Unfortunately, that is simply not enough time for Whiting-Turner to compile the documents and responses required by Plaintiff's discovery requests.

7. A proposed order is attached hereto.

WHEREFORE, Whiting-Turner respectfully requests that its motion for an enlargement of time to respond to the discovery requests be granted.

Respectfully submitted,
SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

_____
Sheila M. Cesarano
Florida Bar Number 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this __7__ day of March, 2000 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
Of Counsel

MIADOCS 325482.1 KLL