UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

CASE NO.: 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

FILED by _____ D.C.

MAR 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

THIS CAUSE came before the Court on Defendant's Motion for Enlargement of Time, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion for Enlargement of Time is hereby **GRANTED** in part.

2. Defendant shall have up to and including March 14, 2000 within which to serve their response to Plaintiff's discovery requests.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida on this 8 day of March, 2000.

_____
U.S. DISTRICT COURT JUDGE

Sheila M. Cesarano, Esq.
David H. Pollack, Esq.

