UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



JAMES BUSH,

        Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.
_____/

CASE NO.: 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

## NOTICE OF UNAVAILABILITY

The undersigned attorney for Defendant shall be absent from the State of Florida from April 19, 2000 through May 8, 2000, May 11, 2000 through May 12, 2000, June 19, 2000 through July 10, 2000, and July 24, 2000 through August 11, 2000, and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or a protective order as appropriately required for the above reasons.



SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar No. 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 29 day of March, 2000 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
OF COUNSEL

MIADOCS 329718.1 KLL

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300