UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,                               CASE NO. 00-6224-CIV-DIMITROULEAS
                                          MAGISTRATE JUDGE JOHNSON

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant
_____ /



### AFFIDAVIT OF JAMES BUSH

STATE OF FLORIDA )
               )ss:
COUNTY OF DADE  )

    Before me personally appeared JAMES BUSH, who after being first duly sworn, deposes and says:

1.   I am the Plaintiff in the lawsuit captioned JAMES BUSH v. THE WHITING-TURNER CONTRACTING CO., Case No. 00-6224-CIV-DIMITROULEAS in the United States District Court for the Southern District of Florida.

2.   In June, 1997, I was hired by Whiting-Turner Contracting Co. as a foreman at a salary of $11.10 per hour.

3.   In October, 1997, I was told by my boss, Eric Plotke, that I was being promoted to the position of assistant supervisor and that I would be receiving a salary increase to go along with the added responsibilities of my new position.



4.  Immediately after that conversation, I began performing the work of an assistant supervisor and was referred to by others as having that position. In fact, Eric Plotke introduced me in October, 1997 to the City of Sunrise inspectors as assistant superintendent.

5.  Despite being promoted and assuming the responsibilities of an assistant supervisor in October, 1997, I did not receive the salary increase corresponding to my new position until March, 1998. I also did not receive two weeks paid vacation to which I was entitled.

6.  I consider these monies to be wages to which I worked for and to which I am legally entitled.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES BUSH

SWORN TO AND SUBSCRIBED before me this 27th day of March, 2000 by James Bush, ☑ who is personally known to me or ☐ who has produced _____ as identification.

_____
Notary Public, STATE OF FLORIDA


DAVID H POLLACK
My Commission CC488822
Expires Aug. 15, 1999

Print Name: DAVID H. POLLACK

My Commission Expires: