UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

CASE NO.: 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

## DEFENDANT'S NOTICE FILING SUBSTITUTE
## EXHIBIT "A" TO THE AFFIDAVIT OF ROBERT MITCHELL

Defendant, THE WHITING-TURNER CONTRACTING CO. ("Whiting-Turner"), by and through its undersigned counsel, hereby serves a substitute Exhibit "A" to the Affidavit of Robert Mitchell which was served on March 10, 2000.

    SHUTTS & BOWEN LLP
    Attorneys for Defendant
    201 S. Biscayne Boulevard
    1500 Miami Center
    Miami, Florida 33131
    (305) 358-6300
    (305) 347-7386 (facsimile)

By: _____
    Sheila M. Cesarano
    Florida Bar No. 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __27__ day of March, 2000 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
OF COUNSEL

MIADOCS 330115.1 KLL

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE