UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

        CASE NO. 00-6224-CIV-DIMITROULEAS
        MAGISTRATE JUDGE JOHNSON

   Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

   Defendant
_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Plaintiff JAMES BUSH files his reply to Defendant THE WHITING-TURNER CONTRACTING CO's Affirmative Defenses as follow:

1. Plaintiff denies each and every affirmative defense asserted by the defendant and demands strict proof thereof.

                              Respectfully submitted,

                              DAVID H. POLLACK, ESQ.
                              Attorney for Plaintiff
                              The Ingraham Building
                              25 S.E. 2nd Avenue  Suite 1020
                              Miami, FL  33131

                              BY: _____

                              DAVID H. POLLACK
                              Fla. Bar No. 0955840



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ th day of March, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

BY: _____
DAVID H. POLLACK
Fla. Bar No. 0955840