UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant

CASE NO. 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

**Name:**     **Eric Plotke**

**Date and**     **Friday, June 16, 2000**
**Time:**     11:00 a.m.

**Place:**     **SHUTTS & BOWEN, P.A.**
200 East Broward Boulevard
First Union Center
Suite 2000
Fort Lauderdale, FL 33301

Upon oral examination before Court Reporters, Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 5th day of June, 2000, to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

>DAVID H. POLLACK, Esq.
>25 SE 2nd Avenue, Suite 1020
>Miami, FL 33131
>(305) 372-5900
>Fla. Bar No.: 0955840
>
>BY: _____
>DAVID H. POLLACK