**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

JAMES BUSH,

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant

CASE NO. 00-6224-CIV-DIMITROULEAS

_____ /

### NOTICE OF STIPULATION TO MEDIATOR

THE PARTIES TO THIS ACTION hereby Stipulate to the following mediator in the above-captioned matter:

    Karen Evans, Esq.
    Litigation Resolution
    1200 Alfred I. Dupont Building
    169 East Flagler Street
    Miami, FL 33131



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of June, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

>DAVID H. POLLACK, ESQ.
>Attorney for Plaintiff
>The Ingraham Building
>25 S.E. 2nd Avenue  Suite 1020
>Miami, FL  33131
>
>BY: _____
>DAVID H. POLLACK
>Fla. Bar No. 095584