**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES BUSH,   CASE NO. 00-6224-CIV-DIMITROULEAS

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant

_____ /



### NOTICE OF UNAVAILABILITY

ALL PARTIES to this action will please take notice that undersigned counsel will be out of town and unavailable for appearances in the above-captioned matter from September 18, 2000 through September 22, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of August, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

                        DAVID H. POLLACK, ESQ.
                        Attorney for Plaintiff
                        The Ingraham Building
                        25 S.E. 2nd Avenue   Suite 1020
                        Miami, FL   33131

BY: _____
                        DAVID H. POLLACK
                        Fla. Bar No. 095584