**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES BUSH,                             CASE NO. 00-6224-CIV-DIMITROULEAS

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant
_____/

### NOTICE OF UNAVAILABILITY

ALL PARTIES to this action will please take notice that undersigned counsel will be out of town and unavailable for appearances in the above-captioned matter from September 18, 2000 through September 22, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th _____ day of August, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

> DAVID H. POLLACK, ESQ.
> Attorney for Plaintiff
> The Ingraham Building
> 25 S.E. 2nd Avenue   Suite 1020
> Miami, FL  33131
>
> BY: _____
>     DAVID H. POLLACK
>     Fla. Bar No. 095584

NON-COMPLIANCE OF S.D. Fla. L.R. _STAT_