UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JAMES BUSH,                          CASE NO.: 00-6224 CIV DIMITROULEAS

    Plaintiff,                      United State Magistrate

vs.

THE WHITING-TURNER CONTRACTING CO.

    Defendant.
_____/

### *MEDIATOR'S REPORT*

This matter came before the undersigned Supreme Court Certified Civil Mediator and Certified Federal Mediator on Tuesday, October 24, 2000, at which time all parties appeared in person.

No agreement could be reached.

Done in Miami, Dade County, Florida, this 26th day of October 2000.

                        MELVIN A. RUBIN, Mediator
                        Florida Bar No. 116042
                        111 Majorca Avenue, Suite A
                        Coral Gables, Florida 33134
                        Tel: 305-446-4630

                        By: _____
                               Melvin A. Rubin

Copies furnished to:
David Pollack, Esq.
Sheila Cesarano, Esq

federalmediation/bushvs Whiting mediatorrept10-26-00/impasse

