

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

JAMES BUSH,   CASE NO. 00-6224-CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant
_____/

## MOTION FOR EXTENSION OF TIME

Plaintiff JAMES BUSH requests this Court grant him an extension of time to file his response to Defendant WHITING TURNER CONTRACTING CO's Motion for Summary Judgment and states as grounds:

1. On October 23, 2000, Plaintiff was served by facsimile with a copy of Defendant's Motion for Summary Judgment.

2. On October 24, 2000, the parties unsuccessfully attempted to mediate this matter.

3. Defendant has filed a lengthy Motion for Summary Judgment with an equally lengthy statement of undisputed facts, which relies on several depositions. Plaintiff has ordered, but not yet obtained, copies of the deposition transcripts.

4. Plaintiff's response is due on November 7, 2000.

5. The calendar call in this matter is not until January, 20001. This is the first time this matter has been set for trial.





6. Plaintiff's counsel is a solo practitioner with an extremely busy practice. Plaintiff's counsel is set for trial the second week of November in a week long, special set trial before the Honorable Ursula Ungaro Benages. He also is set for oral argument in the Fourth District Court of Appeal in mid-November.

7. Plaintiff is in need of additional time to adequately prepare a response to the motion for summary judgment.

8. The granting of this motion will not prejudice either party.

9. Plaintiff's counsel has conferred with opposing counsel, who does not object to the requested extension.

WHEREFORE Plaintiff requests this Court grant him an extension of time up to, and including, November 27, 2000, to file his response to Defendant's Motion for Summary Judgment.

        Respectfully submitted,

        DAVID H. POLLACK, ESQ.
        Attorney for Plaintiff
        The Ingraham Building
        25 S.E. 2nd Avenue  Suite 1020
        Miami, FL  33131

BY: _____

        DAVID H. POLLACK
        Fla. Bar No. 0955840

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st
 November
\_\_\_\_\_ day of ~~October~~, 2000 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL  33131.

BY: _____
DAVID H. POLLACK
Fla. Bar No. 0955840