UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS

JAMES BUSH,

    Plaintiff,

vs.

Magistrate Judge Johnson

THE WHITING-TURNER
CONTRACTING CO.,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time [filed November 1, 1000]. The Court has carefully considered the motion, and noting the lack of opposition, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time [filed November 1, 1000] is hereby **GRANTED**. Plaintiff's response to the motion for summary judgment shall be due November 27, 2000, as requested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Pollack, Esq.
Sheila Cesarano, Esq.