## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

        Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.
_____/



### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE TO DETERMINE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Parties voluntarily consent to have the United States Magistrate Judge assigned to this case, Chief Magistrate Judge Linnea R. Johnson, to conduct all pertinent hearings and submit to the judge a proposed Findings of Fact and Recommendations as to Defendant's Motion for Summary Judgment. The Parties also agree that the non-prevailing party shall have the right to serve and file written objections to the proposed Findings and Recommendations as permitted by 28 U.S.C. § 636.

***DATED*** this 3rd day of November, 2000.

DAVID H. POLLACK, ESQ.
Attorney for Plaintiff
The Ingraham Building
25 S.E. 2nd Avenue
Suite 1020
Miami, Florida 33131
(305) 372-5900
Fax (305) 372-5904

BY: _____
    David H. Pollack
    Florida Bar No. 0120911

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
Fax (305) 347-7386

BY: _____
    Rene Gonzalez-LLorens
    Florida Bar No. 0053790

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Hon. Linnea R. Johnson, Chief United States Magistrate Judge, to conduct all pertinent hearings and submit to the Court a proposed Findings of Fact and Recommendations as to Defendant's Motion for Summary Judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the Parties. The non-prevailing party shall have the right to serve and file written objections to the proposed Findings and Recommendations, as permitted by 28 U.S.C. § 636, with the Court.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida this _____ day of November 2000.

_____
UNITED STATES DISTRICT JUDGE

MIADOCS 377364 1 RGL