UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER
CONTRACTING CO.,

    Defendant.

_____/

Magistrate Judge Johnson

## ORDER DENYING REQUEST FOR PARTIAL CONSENT TO MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge to Determine Defendant's Motion for Summary Judgment and Order of Reference [filed November 7, 2000].

The parties consent is only to an initial hearing of the motion for summary judgment and issuance of a Report and Recommendation by the Magistrate Judge, with a right to object to the conclusion to the undersigned.[1]  Such a procedure does not save judicial resources, and in fact, if objections are filed, requires the duplication of effort of the Magistrate Judge and the undersigned. The Court notes that Plaintiff's response time to the motion for summary judgment has been extended until November 27, 2000, while this case remains on for calendar call on January 5, 2001, and trial the period beginning January 8, 2001.  Thus, if the parties' procedure is followed, and objections were filed, the trial date for this case, set since April 11, 2000, would be jeopardized.

The Court further notes that the parties consent is not required for referral to a magistrate

---

[1] The original of the submitted consent shall be docketed as an attachment to this Order.



judge for issuance of a mere report and recommendation.[2]

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge to Determine Defendant's Motion for Summary Judgment and Order of Reference [filed November 7, 2000] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Pollack, Esq.
Rene Gonzalez-Llorens, Esq.

---

[2] The parties retain the right to consent to magistrate jurisdiction for entry of an order on the pending summary judgment motion and entry of judgment. The Court has enclosed an official consent form if the parties wish to completely consent to magistrate jurisdiction without appeal to the District Court.

2