**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

JAMES BUSH,  CASE NO. 00-6224-CIV-DIMITROULEAS
　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JOHNSON
　　Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

　　Defendant
_____ /



### NOTICE OF FILING

Plaintiff, James Bush hereby files the original transcript of the deposition of Charles Bender in opposition to Defendant Whiting-Turner Construction's Co's Motion for Summary Judgment. The remaining deposition transcripts relied upon by plaintiff in his opposition have been previously filed with this Court by Whiting-Turner in support of its Motion for Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of November, 2000 on: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

　　　　　　　　　　　　　　DAVID H. POLLACK, ESQ.
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　The Ingraham Building
　　　　　　　　　　　　　　25 S.E. 2nd Avenue　Suite 1020
　　　　　　　　　　　　　　Miami, FL　33131

　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　DAVID H. POLLACK
　　　　　　　　　　　　　　Fla. Bar No. 0955840

