# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

      Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

      Defendant.

_____/



## DEFENDANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant, THE WHITING-TURNER CONTRACTING CO. ("Defendant"), respectfully requests this Court to enter an Order extending the time to December 11, 2000, within which Defendant may serve its Reply to Plaintiff's Response to its Motion for Summary Judgment. In support thereof, Defendant states as follows:

1.     Defendant's Reply to Plaintiff's Response to its Motion for Summary Judgment is due on Monday, December 4, 2000.

2.     Due to the press of litigation, Defendant requires additional time to formulate an appropriate Reply.

3.     Defendant requests that this Court grant a one-week extension of time, or until December 11, 2000, within which it may serve its Reply.

4.     The requested enlargement of time is necessary and will cause no prejudice to any of the parties.

5.     This Court may for good cause shown and upon timely Motion enlarge the time within which an act shall otherwise be done.



6.    Defendant has contacted opposing counsel who has graciously agreed to the extension of time requested herein.

7.    As required by Local Rule 7.1(A)(2), a proposed Order is attached hereto.

WHEREFORE, Defendant, THE WHITING-TURNER CONTRACTING COMPANY, respectfully requests that this Court enter an Order extending the time to December 11, 2000, within which it may serve its Reply to Plaintiff's Response to its Motion for Summary Judgment, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 Facsimile

By: _____
     Rene Gonzalez-LLorens, Esq.
     Florida Bar No. 0053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail

this 1st day of December, 2000 to DAVID H. POLLACK, ESQ., Attorney for Plaintiff, The

Ingraham Building, 25 S.E. 2nd Avenue, Suite 1020, Miami, Florida 33131.

OF COUNSEL

MIADOCS 383463 1 MED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

Defendant.

_____/

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Enlargement

of Time, and the Court, having reviewed the Motion and being otherwise fully advised in the

premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Defendant's Unopposed Motion for Enlargement of Time is hereby **GRANTED**.

2.    Defendant shall have up to and including December 11, 2000 within which to serve

its reply to Plaintiff's Response to its Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida on this

_____ day of December, 2000.

_____
U.S. DISTRICT COURT JUDGE

cc:    Rene Gonzalez-LLorens, Esq.
       David Pollack, Esq.

MIADOCS 383467 1 MED