# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

        Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Enlargement of Time, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's Unopposed Motion for Enlargement of Time is hereby **GRANTED**.

2. Defendant shall have up to and including December 11, 2000 within which to serve its reply to Plaintiff's Response to its Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida on this ____ day of December, 2000.

                              U.S. DISTRICT COURT JUDGE

cc:    Rene Gonzalez-LLorens, Esq.
        David Pollack, Esq.

MIADOCS 383467 1 MED