UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS

JAMES BUSH,

Magistrate Judge Johnson

Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING CO.,

Defendant.
_____/

### ORDER RESETTING CALENDAR CALL

THIS CAUSE is before the Court *sua sponte*.

Due to changes in this Court's calendar, it is hereby **ORDERED AND ADJUDGED** that the Calendar Call for this case must be reset to Wednesday, January 3, 2001, at 9:30am in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida. All other deadlines shall remain the same. The Court hopes to rule on the pending motion for summary judgment (reply now due December 11, 2000) no later than December 28, 2000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _5_ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Pollack, Esq.
The Ingraham Building
25 SE 2nd Avenue, Suite 1020
Miami, FL 33131

Sheila Cesarano, Esq.
Rene Gonzalez-Llorens, Esq.
Shutts & Bowen LLP
1500 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131