## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

JAMES BUSH,

        Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.
_____/

CASE NO. 00-6224-CIV-
DIMITROULEAS/JOHNSON

### DEFENDANT'S NOTICE OF FILING
### ORIGINAL AFFIDAVIT OF ERIC PLOTKE IN SUPPORT OF
### ITS MOTION FOR SUMMARY JUDGMENT

Defendant, THE WHITING-TURNER CONTRACTING CO., gives notice of filing

the *original* executed affidavit of Eric Plotke in support of Defendant's Motion for Summary

Judgment, attached hereto.

        SHUTTS & BOWEN
        Attorneys for Defendant
        1500 Miami Center
        201 South Biscayne Boulevard
        Miami, Florida 33131
        (305) 358-6300
        (305) 381-9982 (facsimile)

        By: _____
        Sheila M. Cesarano
        Florida Bar Number 708364
        Rene J. Gonzalez-LLorens
        Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 8th day of December, 2000 to DAVID H. POLLACK, ESQ., Attorney for Plaintiff, The Ingraham Building, 25 S.E. 2nd Avenue, Suite 1020, Miami, Florida 33131.

OF COUNSEL

MIADOCS 384913.1 MED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

        Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

        Defendant.
_____/

### SUPPLEMENTAL AFFIDAVIT OF ERIC PLOTKE IN SUPPORT OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA      )
                                ) ss:
COUNTY OF PALM BEACH  )

        I, **ERIC PLOTKE**, state:

        1.    I am over eighteen years of age and make this Supplemental Affidavit based upon my own personal knowledge and a review of the records kept and maintained by Defendant, THE WHITING-TURNER CONTRACTING CO. ("Whiting-Turner"). I have full authority to make this Affidavit.

        2.    Plaintiff, JAMES BUSH ("Plaintiff"), received a Quality Award during the April-June 1998 period. Plaintiff received the award because I recommended to Whiting-Turner's Vice President, Robert H. Mitchell, that Plaintiff's name be presented to corporate headquarters for the award, and, pursuant to my recommendation, Mitchell presented Plaintiff's name. I recommended Plaintiff for the award because I felt that Plaintiff was making an attempt to improve and comply with the Quality Control Program and his use of checklists, as well as it would be a way to motivate Plaintiff's performance.

        3.    I am also familiar with Jacques Marcelin, a laborer who was brought to work on Whiting-Turner's Bloomingdale's project by Plaintiff. I terminated Mr. Marcelin because, on numerous occasions, I observed that Mr. Marcelin was routinely standing around and not working.

4. Plaintiff did not receive any written reprimands from me because I never gave written reprimands to the assistant superintendents-UB I supervised. Plaintiff, Houghton, and Bender did not receive any written reprimands from me. In fact, the only adverse action I took as to any of these three individuals was recommending Houghton's termination for performance problems.

5. Neither I nor Whiting-Turner kept a personnel file on Plaintiff or Bender (when he was a union member), because Whiting-Turner does not keep personnel files on union members.

6. Attached as Exhibit "A" to this affidavit are statements provided to the EEOC from Omar McFarlane-Sweeney, Shamia Blanchett, Noreen Niamath, and Sergio Tio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of December 2000.

ERIC PLOTKE

MIADOCS 384197.1 RGL

2

# THE WHITING-TURNER CONTRACTING CO.
## SAWGRASS MILLS MALL
## PHASE III EXPANSION

# AFFIDAVIT

**TO:** Whom it may concern

**FROM:** Omar McFarlane-Sweeney

**DATE:** 05/10/1999

**SUBJECT:** Employment

**CC:**

Let this serve as confirmation that I have been employed to The Whiting-Turner Contracting Co. since January of 1996 as Project Engineer. I am a minority of African-Asian decent and employed as a salaried "exempt" employee with full benefits. I also want to confirm that I was invited to and attended the Company's Christmas party on December 11, 1998 at Rob Mitchell's House.

Omar H. McFarlane-Sweeney

Ms. Shamia N. Blanchett
3941 N. W. 36th Terrace
Lauderdale Lakes, FL 33309

(954) 858-9991
(954) 858-1406

May 10, 1999

To Whom It May Concern:

I have been employed full time with The Whiting-Turner Contracting Company since January 19, 1998. I serve as the Office Manager on the Sawgrass Phase III Expansion project. I am an African American female.

In December of 1998, I was invited to and attended a Christmas party hosted by Mr. Robert Mitchell at his home.

Yours truly,

*Shamia N. Blanchett*

Shamia N. Blanchett

Ms. Noreen Niamath
2800 NW 56TH Avenue, B203
Lauderhill, FL 33313


May 10, 1999


To Whom It May Concern:

I have been employed with The Whiting Turner Contracting Co., as a regular full time employee since January 1, 1998. I am the Project Accountant for Sawgrass Mills Phase III. My country of origin is Trinidad and Tobago, which is in the West Indies. Ethnically I am best described as West Indian of East Indian Decent.

In December of 1998 I was invited to and I attended the Christmas party that was held at the home of Mr. Robert Mitchell.

Sincerely,

*(signature)*

Noreen Niamath

G.W.G. WHITING
(1863-1974)

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

**ENGINEERS AND CONTRACTORS**

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTH CARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

BURDINES CONSTRUCTION TRAILER
19500 BISCAYNE BLVD.
AVENTURA, FL 33180
305-792-5553
FAX 305-792-5514

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRETE

May 10, 1999

To whom it may concern:

My name is Sergio A. Tio' and am of Cuban descent. I was hired as a Project Engineer in January 1996 by The Whiting-Turner Contracting Company. Last year, I was invited and attended a Christmas party held by Mr. Robert Mitchell.

Sincerely,

*[signature]*

Project Engineer
The Whiting-Turner Contracting Company

EEOC/BUSH 083