# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.

_____/



## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, THE WHITING-TURNER CONTRACTING CO. ("Defendant"), pursuant to S.D. Fla. L. R. 7.6, respectfully moves this Court to enter an Order removing this matter from the January 8, 2001 trial calendar and rescheduling it for a trial calendar commencing on or after Thursday, February 1, 2001, or as soon thereafter. In support thereof, and as good cause, Defendant states:

1. This matter is set for a jury trial during the trial calendar commencing on January 8, 2001. Calendar Call is scheduled for January 3, 2001. In its December 5, 2000 Order, the Court stated that it will decide Defendant's Summary Judgment Motion by December 28, 2000.

2. On November 27, 2000, doctors for lead counsel, Sheila M. Cesarano, first discovered that blood tests revealed severe anemia and internal bleeding of unknown origin. As a result, Ms. Cesarano was referred to a specialist, Dr. Steven Pabalan (internist), to undergo a battery of tests and procedures at the hospital in the weeks to come to determine the source of the internal bleeding. Depending on the outcome of the tests, Ms. Cesarano may be required to undergo surgery.

3. To date, Ms. Cesarano has already had extensive medical tests and exams on



December 1, and 11, and 14, 2000.

4. Ms. Cesarano is scheduled to undergo further medical tests on December 19, 2000. Ms. Cesarano will have to undergo additional tests as may be needed.

5. Ms. Cesarano's doctor believes that, in his medical opinion, Ms. Cesarano's physical condition makes her incapable of engaging in trial work or similar exhaustive litigation work during December 2000 or January 2001. Accordingly, Ms. Cesarano's doctor has placed her on light duty during December 2000 and January 2001. All medical tests to date have not resolved the source of the internal bleeding and her doctor has directed that she continue on light duty until at least the end of January 2001.

6. As lead counsel, Ms. Cesarano's presence during trial preparation and trial is essential. As a result of Ms. Cesarano's health condition, Ms. Cesarano will not be available to conduct the trial.

7. Opposing counsel has been contacted and informed of the foregoing. Opposing counsel graciously has no objections to continuing this trial.

8. For the above reasons, Defendant seeks a brief continuance of the trial in this matter until such time as Ms. Cesarano's availability for trial can be determined.

9. This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the granting of this continuance.

10. Attached hereto is undersigned counsel's affidavit in support hereof, pursuant to Local Rule 7.6, and a proposed Order.

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

WHEREFORE, Defendant respectfully requests that its motion be granted, and for such other relief that the Court deems proper and necessary.

                SHUTTS & BOWEN, LLP
                Attorneys for Defendant
                201 South Biscayne Boulevard
                1500 Miami Center
                Miami, Florida 33131
                (305) 358-6300
                (305) 347-7386 (facsimile)

By: _____
      Sheila M. Cesarano
      Florida Bar No. 708364
      Rene Gonzalez-LLorens
      Florida Bar No. 0053790

3

**VERIFICATION OF DEFENDANT**

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF DADE          )

BEFORE ME, the undersigned authority, personally appeared Sheila M. Cesarano who, after being by me first duly sworn, deposes and says that she has read the foregoing Motion for Continuance and that the contents therein are true and correct to the best of her knowledge.

_____
SHEILA M. CESARANO

SWORN TO AND SUBSCRIBED
before me this _14th_ day
of December 2000.

_____
Notary Public

OFFICIAL NOTARY SEAL
KAREN LEA LARSH
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC719399
MY COMMISSION EXP. MAR. 17,2002

_____
Printed Name of Notary
My Commission Expires:
X Personally known to me, or
_ Produced I.D. _____
    (Type and number of I.D.)

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail and facsimile this ___14___ day of December, 2000 to DAVID H. POLLACK, ESQ., Attorney for Plaintiff, The Ingraham Building, 25 S.E. 2nd Avenue, Suite 1020, Miami, Florida 33131.

OF COUNSEL