# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

THIS MATTER came before the Court upon the Defendant's Motion for Continuance of Trial, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. Defendant's Motion for Continuance is granted.

2. This cause is hereby removed from the January 8, 2001 trial calendar.

3. This cause is set for trial on the Trial Calendar commencing on February 5, 2001. Counsel for all parties shall appear at Calendar Call commencing at 10:00 am, on February 2, 2001.

DONE AND ORDERED in Chambers this 15 day of December at Ft. Lauderdale, Florida.

                    UNITED STATES DISTRICT JUDGE

Copies to:
all counsel of record — David Pollack
                   Sheila Lesurno

MIADOCS 386120.1 RGL