UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,                     CASE NO. 00-6224-CIV-DIMITROULEAS
                                MAGISTRATE JUDGE JOHNSON
     Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation.

     Defendant
_____ /

### NOTICE OF FILING

     Plaintiff, James Bush hereby files the original signature page of his Joint Pretrial Report. A fax copy of this page was filed with the original Joint Pretrial Report.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of December, 2000 on: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL  33131.

                                    DAVID H. POLLACK, ESQ.
                                    Attorney for Plaintiff
                                    The Ingraham Building
                                    25 S.E. 2nd Avenue   Suite 1020
                                    Miami, FL   33131

BY:_____
                                    DAVID H. POLLACK
                                    Fla. Bar No.  0955840

1

NON COMPLIANCE OF S.D. fla. L.R. 5/B
S/A 1

X. **WITNESS LISTS**

    A.   Plaintiff's Witness List is attached at Tab C

    B.   Defendant's Witness List is attached at Tab D.

XI. **ESTIMATED TRIAL TIME**

    The parties estimate that the trial will take 3-4 days.

Dated: December 22, 2000

                                  Respectfully submitted,

DAVID H. POLLACK ESQ.          SHUTTS & BOWEN, LLP
Attorneys for Plaintiff             Attorneys for Defendant
The Ingraham Building           201 South Biscayne Blvd.
25 S.E. 2nd Avenue, #1020        1500 Miami Center
Miami, Florida 33131             Miami, Florida 33131
                                    (305) 358-6300
                                    (305) 347-7386 (facsimile)

By: _____       By: _____
    David H. Pollack                  Sheila M. Cesarano
    Florida Bar No. 0955840         Florida Bar No. 708364
                                    Rene Gonzalez-LLorens
                                    Florida Bar No. 0053790

MIADOCS 386528.1 RGL

12