# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.

_____/



## DEFENDANT'S NOTICE OF CONFLICT

Defendant, Whiting-Turner Contracting Co., hereby gives notice that undersigned counsel is scheduled to commence trial in <u>Alice Bennett v. Gulliver Academy, Inc.</u>, Case No. 98-13348-CA-11, before Judge Shapiro, in the circuit court for the Eleventh Judicial Circuit, in and for Dade County Florida, for the two-week trial term commencing on February 5, 2001.

                                SHUTTS & BOWEN LLP
                                Attorneys for Defendant
                                1500 Miami Center
                                201 South Biscayne Boulevard
                                Miami, Florida 33131
                                (305) 358-6300
                                (305) 381-9982 Facsimile

                                By: _____
                                Sheila M. Cesarano
                                Florida Bar No. 708364
                                Rene J. Gonzalez-LLorens
                                Florida Bar No. 0053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __11__

day of January, 2001 to DAVID H. POLLACK ESQ., Attorney for Plaintiff, The Ingraham

Building, 25 S.E. 2nd Avenue, #1020, Miami, Florida 33131.

OF COUNSEL

MIADOCS 106170 1 MED