# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned parties hereby waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of judgment.

***DATED*** this _____ day of January, 2001.

| | |
|---|---|
| DAVID H. POLLACK, ESQ. | SHUTTS & BOWEN LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| The Ingraham Building | 1500 Miami Center |
| 25 S.E. 2nd Avenue | 201 South Biscayne Boulevard |
| Suite 1020 | Miami, Florida 33131 |
| Miami, Florida 33131 | (305) 358-6300 |
| (305) 372-5900 | Fax (305) 347-7386 |
| Fax (305) 372-5904 | |
| BY:_____ | BY:_____ |
| David H. Pollack | Rene Gonzalez-LLorens |
| Florida Bar No. 0120911 | Florida Bar No. 0053790 |

NOTE:     Return this form to the Clerk of the Court only if it has been executed by all parties to the case.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned parties hereby waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of judgment.

**DATED** this 19th day of January, 2001.

| | |
|---|---|
| DAVID H. POLLACK, ESQ. | SHUTTS & BOWEN LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| The Ingraham Building | 1500 Miami Center |
| 25 S.E. 2nd Avenue | 201 South Biscayne Boulevard |
| Suite 1020 | Miami, Florida 33131 |
| Miami, Florida 33131 | (305) 358-6300 |
| (305) 372-5900 | Fax (305) 347-7386 |
| Fax (305) 372-5904 | |
| BY: /s/ David H Pollack | BY: _____ |
| David H Pollack | Rene Gonzalez-LLorens |
| Florida Bar No. 0120911 | Florida Bar No. 0053790 |

NOTE:    Return this form to the Clerk of the Court only if it has been executed by all parties to the case

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Hon. Linnea R. Johnson, Chief United States Magistrate Judge, to conduct all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the Parties.

_____ January 19, 2001            _____
Date                                         United States District Judge

copies to
    David Pollack
    Shutts + Bowen

Magistrate Judge Johnson (LPB)

MIADOCS 392563 1 KLL