**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

vs

THE WHITING-TURNER
CONTRACTING CO.,

    Defendant.
_____ /

### NOTICE OF SETTING OF TRIAL DATE

**PLEASE TAKE NOTICE** that the captioned matter is set for a four-day jury trial **commencing on Monday, April 16, 2001 at 10:00 A.M.**, before the undersigned, at the United States District Court, 701 Clematis Street, West Palm Beach, Florida, in Courtroom No. 4 (3rd Floor).

Request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion, **(furnished with envelopes)**. All parties should be notified by the **petitioning party** after this Chambers has been contacted and the petitioning party provided with a suitable reset date. The subject date and time must accommodate all parties.

**DONE AND ORDERED** on January 30, 2001, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable William P. Dimitrouleas
    David H. Pollack, Esquire
        25 S.e. 2nd Avenue   Ste. 1020
        Miami, Florida 33131
    Rene Gonzalez-LLorens, Esquire
        Shutts & Bowen Llp
        1500 Miami Center
        201 S. Biscayne Blvd.
        Miami, Florida 33131

