

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-JOHNSON

JAMES BUSH,

       Plaintiff,

v.                                                                    **THIS IS A CONSENT CASE**

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

       Defendant.

_____/

### JOINT MOTION FOR STATUS CONFERENCE
### TO SET DEADLINES AND TRIAL DATE

     Plaintiff **JAMES BUSH** ("Plaintiff") and Defendant **THE WHITING-TURNER CONTRACTING CO.** ("Defendant") request that the Court order a Status Conference in this matter so as to set deadlines and the trial date, and state as follows:

     1.    Plaintiff filed the instant lawsuit alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII") (Count I), the Age Discrimination in Employment Act (the "ADEA"), 29 U.S.C. § 621 *et seq.* (Count II), the Florida Civil Rights Act of 1992, § 760.01, *et seq.* Fla. Stat. (the "FCRA") (Counts III and IV), and § 448.08, Fla. Stat. ("§ 448.08") (Count V). Plaintiff claims, *inter alia*, that Defendant discriminated against him because of his race and age.

     2.    On January 19, 2001, the Parties filed a Consent to Exercise Jurisdiction by a United States Magistrate, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, by which they consented to have United States Magistrate Judge Johnson conduct all further proceedings in this case (including trial) and order the entry of judgment.



3.      On January 19, 2001, Judge Dimitrouleas signed the Order of Reference referring this lawsuit to Magistrate Judge Johnson.

4.      The Parties request that the Court hold a Status Conference in order to <u>specially set a trial date</u> and, accordingly, reschedule deadlines which include (i) filing and responding to motions *in limine,* and (ii) filing jury instructions.

***DATED*** this $\underline{26}$ day of January, 2001.


DAVID H. POLLACK, ESQ.                        SHUTTS & BOWEN LLP
Attorney for Plaintiff                                   Attorneys for Defendant
The Ingraham Building                               1500 Miami Center
25 S.E. 2nd Avenue                                   201 South Biscayne Boulevard
Suite 1020                                                Miami, Florida 33131
Miami, Florida 33131                               (305) 358-6300
(305) 372-5900                                        (305) 347-7386 (facsimile)
(305) 372-5904 (facsimile)



BY:_____          BY:_____
        David H. Pollack                                   Sheila M. Cesarano
        Florida Bar No. 0120911                       Florida Bar No. 708364
                                                              Rene J. Gonzalez-LLorens
                                                              Florida Bar Number 0053790


MIADOCS 394475.1 RGL

-2-

3.     On January 19, 2001, Judge Dimitrouleas signed the Order of Reference referring this lawsuit to Magistrate Judge Johnson.

4      The Parties request that the Court hold a Status Conference in order to specially set a trial date and, accordingly, reschedule deadlines which include (i) filing and responding to motions *in limine*, and (ii) filing jury instructions.

**DATED** this 26th day of January, 2001.

DAVID H. POLLACK, ESQ.                     SHUTTS & BOWEN LLP
Attorney for Plaintiff                     Attorneys for Defendant
The Ingraham Building                      1500 Miami Center
25 S.E. 2nd Avenue                         201 South Biscayne Boulevard
Suite 1020                                 Miami, Florida 33131
Miami, Florida 33131                       (305) 358-6300
(305) 372-5900                             (305) 347-7386 (facsimile)
(305) 372-5904 (facsimile)


BY: _____                 BY: _____
     David H. Pollack                           Sheila M. Cesarano
     Florida Bar No. 0120911                    Florida Bar No. 708364
                                                Rene J. Gonzalez-LLorens
                                                Florida Bar Number 0053790


MIADOCS 364475.1 RGL

-2-