**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

vs

THE WHITING-TURNER
CONTRACTING CO.,

    Defendant.

_____/

FILED by Q.C.

FEB - 2 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Joint Motion for Status Conference to Set Deadlines and Trial Date, filed January 30, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED**. This Court has issued its Order of January 29, 2001, scheduling a jury trial to commence on April 16, 2001. The Court assumes the case is ready for trial. Motions In Limine shall be filed thirty (30) days prior to trial. Proposed jury instructions shall be filed ten (10) days before trial.

**DONE AND ORDERED** on February 2, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  The Honorable William P. Dimitrouleas
     David H. Pollack, Esquire
        25 S.E. 2nd Avenue Ste. 1020
        Miami, Florida 33131
     Rene Gonzalez-LLorens, Esquire
        Shutts & Bowen Llp
        1500 Miami Center
        201 S. Biscayne Blvd.
        Miami, Florida 33131