**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.00-6224-CIV-DIMITROULEAS/JOHNSON**

JAMES BUSH,

Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING
CO., a Maryland corporation,

Defendant.

_____/

FILED by _____ D.C.

MAR 2 8 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER RESETTING TRIAL DATE, REQUIRING
## MEDIATION AND SETTING DISCOVERY SCHEDULE

Trial is hereby specially reset and scheduled to commence Monday July 30,

2001, at 10:00 a.m., before the Honorable Linnea R. Johnson, United States

Magistrate Judge, Courtroom #4, Third Floor, United States District Courthouse, 701

Clematis Street, West Palm Beach, Florida. In connection therewith it is hereby,

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. **Pretrial Conference:** No Pretrial Conference shall be held in this

action, unless the parties so request or the Court determines, sua sponte, that a

pretrial conference is necessary. Should a pretrial conference be set, the

compliance deadlines as set forth in the remainder of this Order shall remain



unaltered.

2. **Pretrial Stipulation:** Counsel must meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation. The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(e). The Court will not accept unilateral pretrial stipulations, and will strike sua sponte any such submissions. Should any of the parties fail to cooperate in the preparation of the joint pretrial stipulation, all other parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court shall issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) should not be held in contempt for failure to comply with the Court's order.

3. **Cases Tried Before A Jury:** In cases tried before a jury, each party shall file a copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. Copies shall be delivered to chambers at the time of filing.

4. **Cases Tried Before The Court:** In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law at least ONE

WEEK prior to the beginning of the trial calendar. Proposed Conclusions of Law shall be supported by citations of authority. Copies shall be delivered to chambers at the time of filing.

5. **Motions For Continuance:** A Motion for Continuance shall not stay the requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

6. **Pretrial Motions:** S.D. Fla. L.R. 7.1(A)(4) requires that all pretrial motions be accompanied by stamped, addressed envelopes for each party. In addition, any party filing a pretrial motion shall submit a proposed order granting the motion with sufficient copies for each party.

7. **Mediation:** Pursuant to Fed. R. Civ. P. 16 and S.D. Fla. L. R. 16.2, this case is referred to mediation as follows:

a. The mediation shall be completed no later than sixty (60) days before the scheduled trial date.

b. The parties shall, within fifteen (15) days of the within order unless already done so, agree upon a mediator and advise the Clerk of the Court of their choice. If there is no agreement, Plaintiff's counsel shall promptly notify the Clerk in writing and the Clerk shall designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

c. Plaintiff's counsel shall be responsible for coordinating the mediation

conference date and location agreeable to the mediator and all counsel of record.

d. Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating those who attended the mediation and the result thereof.

8. **Noncompliance With This Order:** Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

9. **Pretrial Timetable:** The discovery and motion cut-off dates set by the District Court have already passed and the parties in this case should be ready for trial. The only modification to the District Court's Scheduling Order is as follows. In all other respects the District Court's Scheduling Order of April 11, 2000 remains in full force and effect. This schedule shall not be modified absent compelling circumstances.

June 29, 2001      All Motions in Limine must be filed

July 16, 2001      Joint Pretrial Stipulation must be filed.

July 23, 2001      Jury Instructions must be filed.

10. **Settlement:** If the case is settled, counsel are directed to inform the Court promptly at (561) 803-3470 and to submit an appropriate Order for Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DATED this 28th day of March, 2001.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Hon. William P. Dimitrouleas
     David H. Pollack, Esq.
     Sheila Cesarano, Esq.