UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

NIGHT BOX
FILED

MAR 2 9 2001

CLERK, USDC / SDFL / WPB

JAMES BUSH,   CASE NO. 00-6224-CIV-JOHNSON
(CONSENT CASE)

   Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

   Defendant
_____ /

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSES TO DEFENDANT'S MOTION IN LIMINE

Plaintiff JAMES BUSH request this Court grant him an extension of time to respond to Defendant WHITING TURNER CONTRACTING CO's Motion in Limine and states as grounds:

1. On March 20, 2001, Plaintiff moved for a continuance of the trial in this matter. Plaintiff's counsel was advised by the court that the motion for continuance had been granted and reset the trial for July, 2001. Plaintiff's counsel was also advised that the court had extended the time for filing motions in limine. Plaintiff has not yet received a copy of the order.

2. Prior to the entry of the order granting the continuance, Defendant filed Motions in Limine. Responses to those motions are due on Monday, April 2, 2001.

3. The parties are in the process of attempting to settle this matter.

4. In order to conserve judicial labor and facilitate the possibility of settlement,



plaintiff requests this Court extend the time for Plaintiff to file his response to Defendant's Motion in Limine until 10 days after the new deadline for the parties to file Motions in Limine.

5. Plaintiff has consulted with opposing counsel, who does not object to the granting of this extension.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed and mailed and faxed this _29th_ day of ~~April~~ March, 2001 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

DAVID H. POLLACK, ESQ.
Attorney for Plaintiffs
The Ingraham Building
25 S.E. 2nd Avenue Suite 1020
Miami, FL 33131

BY:_____
DAVID H. POLLACK
Fla. Bar No. 0955840