UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,

      Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

      Defendant

_____/

CASE NO. 00-6224-CIV-JOHNSON
(CONSENT CASE)

FILED by _____ D.C.
APR 0 2 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE having come before the Court on Plaintiff's unopposed Motion for Extension of Time to File Responses to Defendant's Motion in Limine, dated 3/29/01, and the Court having been duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that

Plaintiff's Motion for Extension of Time to File Responses to Defendant's Motion in Limine is hereby granted. Plaintiff shall have up to and including **July 9**, 2001 to file his responses to Defendant's Motion in Limine.

DONE AND ORDERED in Chambers, in West Palm Beach, Florida, this **2** day of **April**, 2001.

                                                _____
                                                CIRCUIT COURT JUDGE
                                                US Magistrate

cc:   David H. Pollack, Esq.
       Sheila Cesarano, Esq.