**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES BUSH,                                    CASE NO. 00-6224-CIV-DIMITROULEAS

    Plaintiff

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant
_____/



## NOTICE OF UNAVAILABILITY

ALL PARTIES to this action will please take notice that undersigned counsel will be out of town and unavailable for appearances in the above-captioned matter from September 6, 2001 through September 16, 2001.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th _____ day of July, 2001 to: Sheila Cesarano, Esq., 201 S. Biscayne Blvd., 1500 Miami Center, Miami, FL 33131.

                                  DAVID H. POLLACK, ESQ.
                                  Attorney for Plaintiff
                                  The Ingraham Building
                                  25 S.E. 2nd Avenue  Suite 1020
                                  Miami, FL 33131

BY: _____
                                  DAVID H. POLLACK
                                  Fla. Bar No. 095584