UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-JOHNSON
(THIS IS A MAGISTRATE CONSENT CASE)

JAMES BUSH,

    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

    Defendant.
_____/



## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Defendant, **THE WHITING-TURNER CONTRACTING CO.** ("Whiting-Turner" or "Defendant"), files its objections to Plaintiff **JAMES BUSH** ("Bush" or "Plaintiff") exhibits, and states as follows:

| Plaintiff's Exhibit No. | Plaintiff's Exhibit List | Objections |
|---|---|---|
| 1. | Defendants First Set of Interrogatories and Plaintiff's Response thereto | H, UP |
| 2. | Bush's Resume | H, R |
| 3. | Quality Control Award and Check Stubs for monetary compensation for achievement | |
| 4. | Laborers' District of Southeastern Florida Collective Bargaining Agreement | |
| 5. | 1998 Revision to the Collective Bargaining Agreement | R |
| 6. | Whiting-Turner's 1995 Equal Employment Opportunity Statement and Affirmative Action Program | |

| Plaintiff's Exhibit No. | Plaintiff's Exhibit List | Objections |
|---|---|---|
| 7. | Whiting-Turner's 1999 Equal Employment Opportunity Policy and Affirmative Action Program | |
| 8. | Whiting-Turner's 1999 Employee Handbook | H (as to plaintiff's handwritten notes) |
| 9. | Whiting-Turner's Superintendent Manual | R |
| 10. | Bush's 1998 Diary | R, H, UP |
| 11. | Whiting-Turner's 3/16/98 Memo regarding pay rate increase for Bush | |
| 12. | Bush's Pay Stubs | |
| 13. | Whiting-Turner's contact list | R |
| 14. | Memo | R, H |
| 15. | Blue Jacket, Shawnee Chief Poem/Letter left on Bush's desk | R, H, UP |
| 16. | Bush's Medical Records | A, R, H, UP |

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
(For) Sheila M. Cesarano
Florida Bar Number 708364
Rene Gonzalez-LLorens
Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via regular mail on this __16th__ day of July 2001 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

*[signature]*

OF COUNSEL

MIADOCS 441304.1 CMD