# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-JOHNSON
**THIS IS A MAGISTRATE CONSENT CASE**

JAMES BUSH,

      Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO., a
Maryland corporation,

      Defendant.
_____/

**DEFENDANT'S MOTION TO REQUEST FIFTEEN-MINUTE VOIR DIRE BY THE PARTIES OR, ALTERNATIVELY, DEFENDANT'S PROPOSED JURY QUESTIONS**

Defendant, **THE WHITING-TURNER CONTRACTING CO.** ("Whiting-Turner"), requests that the Court allow Defendant fifteen minutes to voir dire the jury panel. Alternatively, Defendant requests that the Court ask the following proposed jury questions to the panel:

**I.    BIAS AGAINST CORPORATIONS**

    1.    Are there any reasons why you could not be fair and impartial because a corporation is the defendant in this case?

    2.    Do you feel corporations should have the same rights as individuals and that the scales of justice are even?



3. Does everyone believe that a corporation starts this trial on an even playing field?

4. Does anyone feel that an individual plaintiff should not have the burden to prove his case against a large corporation?

5. Do any of you distrust a corporation?

## II. PLAINTIFF

1. How many of you feel that just because a plaintiff files a lawsuit he or she is entitled to money?

2. How many of you feel that just because a defendant can afford to pay what the plaintiff is asking for, the plaintiff should be paid some money?

## III. DISCRIMINATION

1. How many of you have ever had to deal with discrimination of any sort in the workplace?

   i. What was your experience?

   ii. Did you complain about the discrimination?

   iii. Did you file a charge of discrimination with any government agency?

   iv. What was the result of the discrimination claim?

2

        v.        Do you think this experience will affect your ability to judge this case without any bias?

        vi.       Do you think this experience will cause you to favor the plaintiff?

2. How many of you know of a relative or close friend who had to deal with discrimination of any sort in the workplace?

        i.        What was his or her experience?

        ii.       Did he or she complain about the discrimination?

        iii.      What was the result of the discrimination claim?

        iv.      Do you think this experience will affect your ability to judge this case without any bias?

        v.        Do you think this experience will cause you to favor the plaintiff?

3. How many of you have reported any claims of discrimination directed towards you or at another person?

## IV.   TERMINATION

1. How many of you have ever been demoted?

        i.        Does anyone feel they were wrongfully demoted from a job?

        ii.       Does anyone know of a relative or a close friend who was wrongfully demoted from a job?

        iii.      Is there anything that happened in your particular case which will affect your determination in this case?

2. How many of you have been terminated?

      i. Does anyone feel they were wrongfully terminated from a job?

      ii. Does anyone know of a relative or a close friend who was wrongfully terminated from a job?

      iii. Is there anything that happened in that particular case which will affect your determination in this case?

### V. SUPERVISORY ROLE

1. Is anyone a supervisor or manager?

2. As a supervisor/manager, did you ever have to discipline, reprimand, or put an employee on probation?

      i. Why did you have to discipline or reprimand the employee?

      ii. Did the employee correct the problem he/she was having?

      iii. What happened if the employee failed to correct the problems he or she was having?

      iv. How did you feel about reprimanding or disciplining the employee?

### VI. EXPERIENCE IN CONSTRUCTION OR UNION

1. How many of you are or have been members of a labor union?

      i. Which union are or were you a member of?

      ii. How long have you been a union member?

      iii. Are you still a member of the union?

2. How many of you have any experience in the construction industry.

    i. What is your experience?

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 379-9103
(305) 347-7386 (facsimile)

By: *Sheila M Cesarano* /s/ *[signature]*
Sheila M. Cesarano
Florida Bar Number 708364 / 178993
Rene Gonzalez-LLorens
Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 26 day of July, 2001 to **DAVID H. POLLACK, ESQ.**, 25 S.E. 2nd Avenue, Suite 1020, The Ingraham Building, Miami, Florida 33131.

_____
OF COUNSEL

MIADOCS 442873.1 RGL