11:00 - 4:45 pm.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MINUTES- CIVIL TRIAL

Case No. 00-6224-CV-DIMITROULEAS     Date 7/30/01     Day # 1

Deputy Clerk Emily Guerrero     Courtreporter Carl Schanzleh

JUDGE LINNEA R. JOHNSON, PRESIDING

PARTIES:     JAMES BUSH
             VS.
             WHITING-TURNER CONTRACTING CO.

| PLTF(s) ATTY(s) | DEFT(s) ATTY(s) |
|---|---|
| David Pollack | Sheila Marie Cesarano |

11:00 A.M./P.M.   Trial commenced/resumed- Jury/Non-Jury
/_____/          Statement of case to jury- voir dire
/_____/          Jury impaneled and sworn

1. Q961883996     7. Q961881801
2. Q961912891     8. Q961940325
3. Q961973972     9. _____
4. Q961973651    10. _____
5. Q961884731    11. _____
6. Q961927887    12. _____

/_____/  _____

/ ✓ /    Trial continued until 7/31/01, at 9:30 (am)/pm

/_____/  Jury returned verdict in favor of _____. See verdict form.

/_____/  Non-Jury trial concluded. Case taken under advisement.
          Briefing schedule as follows: Pltf's due _____
          Deft's due _____     Reply due _____