UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES- CIVIL TRIAL

Case No. 00-6224-CV-DIMITROULEAS   Date 7/31/01   Day # 2

Deputy Clerk Emily Guerrero   Courtreporter Carl Schanzleh

JUDGE LINNEA R. JOHNSON, PRESIDING

PARTIES:                  JAMES BUSH
                            VS.
              WHITING-TURNER CONTRACTING CO.

PLTF(s) ATTY(s)                    DEFT(s) ATTY(s)
David Pollack                      Sheila Marie Casarano

9:30 am  A.M./P.M.   Trial commenced/resumed- Jury/Non-Jury
/____/               Statement of case to jury- voir dire
/____/               Jury impaneled and sworn

1  Q961883996        7  Q961881801
2  Q961912891        8  Q961940325
3  Q961973972        9  _____
4  Q961973651       10  _____
5  Q961884731       11  _____
6  Q961927887       12  _____

/____/  _____

/ ✓ /   Trial continued until  8/1/01  at  9:00  am/pm

/____/  Jury returned verdict in favor of _____. See
        verdict form.

/____/  Non-Jury trial concluded. Case taken under advisement.
        Briefing schedule as follows:  Pltf's due _____

        Deft's due _____    Reply due _____

