## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING CO.,

Defendant.



_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Request Fifteen-Minute

Voir Dire by the Parties or, Alternatively, Defendant's Proposed Jury Questions, filed July

26, 2001. This Court has reviewed the pleadings filed incident to this matter and is

otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED.** Limited voir dire will

be permitted.

**DONE AND ORDERED** on July 30, 2001 in Chambers, at West Palm Beach,

Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
       Sheila M. Cesarano, Esquire
           Shutts & Bowen, LLP
           201 S. Biscayne Blvd.
           1500 Miami Center
           Miami, Florida 33131
       David H. Pollack, Esquire
           25 S.E. 2nd Avenue Ste. 1020
           The Ingraham Bldg.
           Miami, Florida 33131