**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING CO.,

    Defendant.

_____/

FILED by D.C.
JUL 30 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on two motions filed by Defendant on July 27, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's Motion to Bifurcate Trial is **DENIED**; and

2.    Defendant's Motion to Strike Testimony of Plaintiff's Four Spiritual Advisers is **GRANTED**.

**DONE AND ORDERED** on July 30, 2001 in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
Sheila M. Cesarano, Esquire
    Shutts & Bowen, LLP
    201 S. Biscayne Blvd.
    1500 Miami Center
    Miami, Florida 33131
David H. Pollack, Esquire
    25 S.E. 2nd Avenue Ste. 1020
    The Ingraham Bldg.
    Miami, Florida 33131