UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES- CIVIL TRIAL

Case No. 00-6224-CV-DIMITROULEAS    Date 8/1/01    Day # 3

Deputy Clerk Emily Guerrero    Courtreporter Carl Schanzleh

JUDGE LINNEA R. JOHNSON, PRESIDING

PARTIES: JAMES BUSH
VS.
WHITING-TURNER CONTRACTING CO.

PLTF(s) ATTY(s)                    DEFT(s) ATTY(s)
David Pollack                      Sheila Marie Cesarano

11:00 A.M./P.M.   Trial commenced/resumed- Jury/Non-Jury
                  Statement of case to jury- voir dire
                  Jury impaneled and sworn

1. Q961883996    7. Q961881801
2. Q961912891    8. Q961940385
3. Q961973972    9.
4. Q961973651    10.
5. Q961884731    11.
6. Q961927887    12.

/ ✓ /   Trial continued until 8/2/01 at 10:00 am/pm

/___/   Jury returned verdict in favor of _____. See verdict form.

/___/   Non-Jury trial concluded. Case taken under advisement.
        Briefing schedule as follows: Pltf's due _____

        Deft's due _____    Reply due _____

PA
75