UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES- CIVIL TRIAL

Case No. 00-6224-CV-DIMITROULEAS   Date 8/2/01   Day # 4

Deputy Clerk Emily Guerrero   Courtreporter Carl Schanzleh

JUDGE LINNEA R. JOHNSON, PRESIDING

PARTIES:  JAMES BUSH
                    vs.
          WHITING-TURNER CONTRACTING CO.

PLTF(s) ATTY(s)                    DEFT(s) ATTY(s)
David Pollack                       Sheila Marie Cesarano

11:00  A.M./P.M.   Trial commenced/resumed- Jury/Non-Jury
/_____/           Statement of case to jury- voir dire
/_____/           Jury impaneled and sworn

           1  Q961883996        7  Q961881801
           2  Q961912891        8  Q961940325
           3  Q961973972        9  _____
           4  Q961973651       10  _____
           5  Q961884731       11  _____
           6  Q961927887       12  _____

/_____/ _____

/_____/ Trial continued until _____ at _____ am/pm

/__✓__/  Jury returned verdict in favor of Deft. See
         verdict form.

/_____/ Non-Jury trial concluded. Case taken under advisement.
         Briefing schedule as follows:  Pltf's due _____

         Deft's due _____   Reply due _____