UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JAMES BUSH,                    CASE NO. 00-6224-CIV-DIMITROULEAS
                               MAGISTRATE JUDGE JOHNSON
    Plaintiff,

v.

THE WHITING-TURNER
CONTRACTING CO.,
a Maryland corporation,

    Defendant
_____/

### PLAINTIFF'S WITNESS LIST

Plaintiff, James Bush, files his witness list in this action as follows::

1. James Bush - 7-30-01.

2. Eric Plotke - 7-31-01

3. Charles Edward Bender - 8-01-01
   Assistant Superintendent

4. Dough Raines

5. Bob Needham

6. Henrietta Bush - 7-31-01

7. Jacques Marcellin

8. Andrew Delancey

9. Jim Patterson
   Superintendent, Spectrum Construction Co.

9. Bob Jones
   General Project Manager, Sawgrass Mills Corp.

10. Doug Houghton



Scanned Image - 0:00CV6224 Document 62 page 24 Tue Jul 17 15:51:10 2001

   Assistant Superintendent, Carpenter's Union

11. Vijay Varkey

12. Dr. Camille Denis

13. Catherine Mainer

14. Melba Hamilton

15. Charles Teele

16. Michael Davis

17. Albert Huston

## WITNESS LIST

| JAMES BUSH v. THE WHITING-TURNER CONTRACTING CO. | | DISTRICT COURT SOUTHERN |
|---|---|---|
| **PLAINTIFF'S ATTORNEY**<br>David H. Pollack, Esq.<br>The Ingraham Building<br>25 SE 2nd Avenue<br>Suite 1020<br>Miami, Florida 33131 | **DEFENDANT'S ATTORNEY**<br>Sheila M. Cesarano, Esq.<br>Rene J. Gonzalez-LLorens, Esq.<br>Shutts & Bowen<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131 | **DOCKET NUMBER**<br>00-6224-CIV-DIMITROULEAS/JOHNSON<br><br>**TRIAL DATE(S)**<br>July 30, 2001 |
| **PRESIDING JUDGE**<br>Judge Dimitrouleas | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8-01-01 | | | Charles Bender |
| | | 7-30-01 | | | James Bush  Sworn. |
| | | 8-2-01 | | | Robert Mitchell  Sworn |
| | | | | | Eric Plotke |
| | | 8-2-01 | | | Jeff Cooper |
| | | | | | Shamia Blanchett |
| | | | | | Robert J. Kimmons |
| | | 8-1-01 | | | Omar H. McFarlane-Sweeny |
| | | | | | Sergio Tio |
| | | | | | Noreen Niameth |
| | | | | | All witnesses identified by the Plaintiff. |
| | | | | | Rebuttal and Impeachment Witnesses. |
| | | | | | By inclusion of any of Plaintiff's witnesses herein, Defendant does not waive its right to object to any of the witnesses to be listed by Plaintiff. Defendant reserves the right to amend this Witness List upon learning of additional persons with knowledge of the facts of this case. |

\* Include a notation as to the location of any exhibit not held with
  the case file or not available because of size.                                              Page 1 of _____ Pages