UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING CO.,

    Defendant.

_____/

**VERDICT FORM**

**We, the Jury, find, by a preponderance of the evidence, as follows:**

Please mark an X in the blank provided for each question.

**1. Was Bush's race a substantial or motivating factor that prompted Whiting-Turner to take any adverse employment action against him?**

    Yes ____      No _X_

Please proceed to answer Question 2.

**2. Does Whiting-Turner owe Bush any unpaid wages from October 26, 1997 to March 8, 1998?**

    Yes ____      No _X_



If you answered NO to Questions 1 <u>AND</u> 2, your verdict is for Whiting-Turner and you should not proceed further except to date and sign this verdict form.

If you answered YES to Question 1, your verdict is for Bush on the race discrimination claim, and you should proceed to answer Question 3.

If you answered YES to Question 2, your verdict is for Bush on the unpaid wage claim, and you should proceed to answer Question 4.

**3. What are the damages Bush is entitled to recover for unlawful discrimination by Whiting-Turner, minus any mitigating damages?**

$ _____

**4. What is the amount of unpaid wages Whiting-Turner owes Bush from October 26, 1997 to March 8, 1998?**

$ _____

**PLEASE SIGN AND DATE THE VERDICT FORM. RETURN THE VERDICT FORM TO THE COURT.**

_____
JURY FOREPERSON

8-2-2001
_____
DATE