## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6224-CIV-DIMITROULEAS/JOHNSON

JAMES BUSH,

    Plaintiff,

vs.

THE WHITING-TURNER CONTRACTING
CO., a Maryland corporation,

    Defendant.

_____/



### FINAL JUDGMENT FOR DEFENDANT
### AND ORDER CLOSING CASE

**THIS CAUSE** came on for trial before a jury, Chief United States Magistrate Judge Linnea R. Johnson presiding by agreement of the parties, on Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*, alleging race discrimination and Fla. Stat. §448.08, alleging unpaid wages. The issues having been tried and the jury having rendered its verdict, filed August 2, 2001, in favor of the Defendant the Town of Palm Beach, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant the Whiting-Turner Contracting Co. and against the Plaintiff James Bush and that Plaintiff take nothing by this action. This action is hereby dismissed on the merits and all pending motions are hereby rendered moot. The Court retains jurisdiction to assess any fees and/or costs which may be appropriate pursuant to a properly and timely filed motion as required by Fed. R. Civ. P. 54(d).



**DONE AND ORDERED** this 6th day of August, 2001 in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
David H. Pollack, Esq.
Sheila M. Cesarano, Esq.